Commonwealth *v.* Hillsman, Appellant.

Submitted December 13, 1971. *Thomas G. Peoples, Jr.,* for appellant; *Amos Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Horton, Appellant.

Submitted December 6, 1971. *John C. Capek,* and *Manchel, Lundy, Lessin, Finkel, Rabelow & Braverman,* for appellant; *Harvey Sernovitz* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.